UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| THE INDEPENDENCE PROJECT, INC., and JOHN MEGGS, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 4:18-cv-01639-HEA |
| vs. | ) ) | |
| BRIDLE DEVELOPMENT CORP., | ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiffs, THE INDEPENDENCE PROJECT, INC. and JOHN MEGGS, and the Defendant, BRIDLE DEVELOPMENT CORP., pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above-captioned action be dismissed with prejudice, a resolution of all matters in dispute having been made pursuant to a Settlement Agreement executed between the parties.  The parties have stipulated in their agreement that the Court retain jurisdiction to enforce the terms and conditions of the Settlement Agreement.

Respectfully Submitted,

 /s/ Jon G. Shadinger Jr.

Jon G. Shadinger Jr., Esq.
Shadinger Law, LLC
100 S. 4th St., Suite 550
St. Louis, MO 63102
Tel: (314) 279-7416
Fax: (314) 898-4053
js@shadingerlaw.com
*Attorney for Plaintiff*

Date: January 27, 2020

 /s/ Amanda E. Colvin

Amanda E. Colvin, Esq.
Bryan Cave Leighton Paisner LLP
211 North Broadway, Suite 3600
St. Louis, MO 63102
Tel: (314) 259-2000
Fax: (314) 259-2020
amanda.colvin@bclplaw.com
*Attorneys for Defendant*

Date: January 27, 2020